IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00934-REB-MJW

KRISTIN MCINTOSH,

Plaintiff(s),

v.

THE CREATIVE FARM, INC., a Colorado corporation doing business as
The Creative Farm,
J.M. ROSZELL, LLC, a Colorado limited liability company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion of Defendants' [sic] for Leave to File an Amended Answer (Docket No. 27) is granted, and the tendered Amended Answer (Docket No. 27-1) is accepted for filing as of the date of this Minute Order.

Date: July 17, 2012