**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00934-REB-MJW

KRISTIN McINTOSH,

      Plaintiff,

v.

THE CREATIVE FARM, INC., a Colorado corporation, d/b/a The Creative Farm, and
J.M. ROZELL, LLC, a Colorado limited liability company,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal With Prejudice** [#38][1]

filed April 23, 2013.  After reviewing the stipulation and the record, I conclude that the

stipulation should be approved and that this action should be dismissed with prejudice

each party to bear their own attorneys fees and costs.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#38] filed April 23, 2013,

is **APPROVED**;

      2.  That the combined Final Pretrial Conference and Trial Preparation

Conference set May 31, 2013, are **VACATED**;

      3.  That the jury trial set to commence June 17, 2013, is **VACATED**; and

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 23, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge